AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF DELAWARE

DOREEN ATKINSON,

    Plaintiff,

v.

CHRISTINA SCHOOL DISTRICT,

    Defendants.

C. A. No. 08- **08-451**

TRIAL BY JURY DEMANDED

## SUMMONS IN A CIVIL ACTION

TO:    Christina School District
c/o Dr. Lillian M. Lowery, Ed. D., Superintendant
Charles R. Drew Education Support Center
600 North Lombard Street
Wilmington, DE 19801.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, by and through their attorney

    Timothy J. Wilson, Esquire
    Martin & Wilson, PA
    1508 Pennsylvania Avenue
    Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

DATE: 7/22/08

_Beth Dum[?]_
(By) DEPUTY CLERK

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on:

_____, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is  Carol Martz, secretary to the Superintendant  ; or
(a person who acknowledged that she was authorized to accept service)

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $  35  for travel and $_____ for services, for a total of
$  35  .

Date:  August 21, 2008

_____
Server's signature

Jeffrey L. Butler, process server
Printed name and title
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Server's address
(302) 478-2693 - telephone