IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOREEN ATKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-451 |
| | ) | |
| CHRISTINA SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by and between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until September 19, 2008.

MARTIN & WILSON, P.A.

_____
Timothy J. Wilson (#4323)
twilson@martinandwilson.com
Jeffrey K. Martin (#2407)
jmartin@martinandwilson.com
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
Attorneys for Plaintiff

Dated: Sept. 3, 2008

MORRIS JAMES LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

IT IS HEREBY ORDERED this _____ day of _____, 2008.

_____
J.

1896126/1